## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| ERNESTO ALEXANDER DOMINGUEZ CRUZ,<br><br>     *Petitioner*,<br><br>v.<br><br>WARDEN ERO EL PASO CAMP EAST MONTANA; MARY DE ANDA-YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY;  U.S. DEPARTMENT OF HOMELAND SECURITY; AND U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>     *Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No.  3:26-CV-00490-LS |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 5, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**